DEFENDANT:    DONALD ILEY

YOB:    1964

ADDRESS:    Parker, CO

COMPLAINT FILED?    ___ YES    _X_ NO

    IF YES, PROVIDE MAGISTRATE CASE NUMBER: _____
    IF NO, PROCEED TO "OFFENSE" SECTION

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?    ___ YES    _X_ NO

OFFENSE(S): **Counts 1-12**: 18 U.S.C. § 1343, Wire Fraud
    **Counts 13-14**: 18 U.S.C. § 1341, Mail Fraud
    **Counts 15-32**: 26 U.S.C. § 7602(2), Aiding in the Preparation of a False Tax Return

LOCATION OF OFFENSE (**COUNTY**/STATE):    Arapahoe County, Colorado

PENALTY:    **Counts 1-12:** 18 U.S.C. § 1343, Wire Fraud**:** NMT 20 years imprisonment; NMT $250,000 fine or twice the amount of gain or loss (whichever is greater); NMT than 3 years supervised release; $100 special assessment fee.
**Counts 13-14**: 18 U.S.C. § 1341, Mail Fraud: NMT 20 years imprisonment; NMT $250,000 fine or twice the amount of gain or loss (whichever is greater); NMT than 3 years supervised release; $100 special assessment fee.
**Counts 15-32**: 26 U.S.C. § 7602(2), Aiding in the Preparation of a False Tax Return: NMT 3 years imprisonment; NMT $250,000 fine or twice the amount of gain or loss (whichever is greater); NMT than 3 years supervised release; $100 special assessment fee.

AGENT:    George Warnock
    Special Agent, Internal Revenue Service

AUTHORIZED BY:    J. Chris Larson
    Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

___ five days or less    _X_ over five days    ___ other

THE GOVERNMENT

___ **will** seek detention in this case    _X_ will not seek detention in this case

The statutory presumption of detention **is** applicable to this defendant. **(Circle one)**

OCDETF CASE:    ___ Yes    _X_ No