IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Criminal Action No. 16-cr-00284-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DONALD ILEY,

    Defendant.

---

**ORDER TO EXCLUDE TIME FROM SPEEDY TRIAL ACT
AND CONTINUE TRIAL DATES**

---

This matter is before the Court on Defendant's Unopposed Motion for Ends of Justice Continuance of Trial (Doc. # 11). The Court has reviewed this motion and the case file, and the reasons set forth in the motion, specifically:

1. Defense counsel has received discovery amounting to approximately 39,000 of documents involving more than 35,900 pages.

2. Defense counsel requires additional time to review discovery and file appropriate motions and briefs.

Upon review, the Court finds pursuant to 18 U.S.C. § 3161(h)(7)(A) that the ends of justice served by granting the motion outweigh the best interests of the public and the Defendant in a speedy trial. It is, therefore,

ORDERED that Defendant's Unopposed Motion for Ends of Justice Continuance of Trial (Doc. # 11) is GRANTED and the Court hereby grants an ends of justice

continuance in this case of <u>180 days, which shall be excluded from the speedy trial clock, which currently stands at November 19, 2016</u>.  It is

FURTHER ORDERED that pretrial motions are due by March 6, 2017. Responses due by March 20, 2017.  It is

FURTHER ORDERED that the Final Trial Preparation Conference/Change of Plea Hearing set for October 25, 2016, is VACATED and RESET to April 18, 2017, at 3:00 PM.  It is

FURTHER ORDERED that the ten-day jury trial set to begin on October 31, 2016, is VACATED and RESET to May 8, 2017, at 8:00 AM, with jury selection scheduled for May 1, 2017.

DATED September 28, 2016

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge