IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 16-cr-00284-CMA

UNITED STATES OF AMERICA,

    Plaintiff

v.

**1.**    DONALD ILEY

    Defendant.

## NOTICE OF DISPOSITION

The Defendant, Don Iley, by through his attorneys, Gary hereby notifies this Honorable Court that a disposition has been reached in this case with the Government and Mr. Iley.  The parties are requesting a change of plea date consistent with the Court's and the Parties' schedules.

Respectfully submitted this 20th day of March, 2017.

    **FOSTER GRAHAM MILSTEIN & CALISHER LLP**

    By:  *s/Gary Lozow*
           Gary Lozow
           Lindsay N. Richardson
           360 S. Garfield, 6th Floor
           Denver, CO 80209
           Telephone: (303) 333-9810
           Facsimile: (303) 333-9786
           glozow@fostergraham.com

    **ATTORNEYS FOR DEFENDANT
    DON ILEY**

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of March, 2017, I electronically filed the foregoing **Notice of Disposition** to the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>J. Chris Larson
>Assistant United District Attorney
>j.chris.larson@usdoj.gov


>>*s/Donna M. Brummett*