# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No. 16-cr-00284-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. DONALD ILEY,

    Defendant.

_____

## GOVERNMENT'S ERRATA
## REGARDING DOCUMENT NO. 16
_____

    The United States of America, through Assistant United States Attorney, J. Chris Larson, submits the following errata concerning the Government's Motion To Extend Filing Deadlines, Docket No. 16 (which is unopposed). The motion filed as Docket No. 16 contains a typo with an incorrect date concerning the defendant's filing of a notice of disposition. The defendant filed his notice of disposition on March 20, 2017.

    A corrected motion is attached.

                                            Respectfully submitted,

                                            By: *s/ J.Chris Larson*
                                            J. Chris Larson
                                            Assistant U.S. Attorney
                                            United States Attorney's Office
                                            1801 California Ave, Suite 1600
                                            Denver, Colorado 80202
                                            Telephone: (303) 454-0100
                                            E-mail: J.Chris.Larson@usdoj.gov

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 3rd day of April, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

                                  By:    s/ *J Chris Larson*
                                            Assistant U.S. Attorney
                                            United States Attorney's Office
                                            1801 California Ave, Suite 1600
                                            Denver, Colorado 80202
                                            Telephone: (303) 454-0100
                                            E-mail: J.Chris.Larson@usdoj.gov