IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 16-cr-00284-CMA

UNITED STATES OF AMERICA,

    Plaintiff

v.

**1.**    DONALD ILEY

    Defendant.

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND
TO PRESENTENCE REPORT**

The Defendant, Don Iley, by through his attorneys, Gary Lozow and Lara Marks Baker, of Foster Graham Milstein & Calisher, LLP, requests that the Defendant Donald Iley be given until July 3, 2017 (11-day extension) to respond to the Presentence Report and as grounds therefore states as follows:

    1.    The Defendant received the Presentence Report on June 9, 2017.

    2.    That there are still ongoing issues concerning restitution.

    3.    Defense counsel and the Government have been in open communications throughout this case, since the filing of the Indictment.

    4.    In the last few weeks, counsel for the Defendant has had to travel to Connecticut, Albuquerque and Chicago for unrelated legal matters.

5. Counsel will be in Chicago for a legal matter relating to a state criminal case in Colorado, starting on June 20, 2017 and continuing through June 26, 2017.

6. Because of the press of business and the ongoing complexity of this case, the Defendant respectfully requests up to and including July 3, 2017 to respond to the Presentence Report.

7. The case is further complicated by a personal bankruptcy proceeding.

8. Counsel has conferred with AUSA Chris Larson who has no objection to this extension.

9. Counsel respectfully requests the Court grant the Probation Department and the Government additional time as necessary to respond to the Defendant's submissions.

10. This request will not necessitate a continuance of the sentencing date on July 13, 2017.

WHEREFORE, the Defendant Don Iley respectfully moves this Court to enter an order extending the date the Defendant's responses to the Presentence Report to July 3, 2017.

Respectfully submitted this 19th day of June 2017.

**FOSTER GRAHAM MILSTEIN & CALISHER LLP**

By: s/Gary Lozow
Gary Lozow
360 S. Garfield, 6th Floor
Denver, CO 80209
Telephone: (303) 333-9810
Facsimile: (303) 333-9786
glozow@fostergraham.com

**ATTORNEYS FOR DEFENDANT DON ILEY**

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 19th day of June 2017, I electronically filed the foregoing **Unopposed Motion For Extension of Time to Respond to the Presentence Report** to the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>J. Chris Larson
>Assistant United District Attorney
>j.chris.larson@usdoj.gov

                                               s/Donna M. Brummett