IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 16-cr-00284-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. DONALD ILEY

    Defendant.

---

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PRESENTENCE REPORT**

---

The United States of America (the government), by and through J. Chris Larson, Assistant United States Attorney, requests that the government be afforded the same extension provided to the defendant, or until July 3, 2017, to respond to the Presentence Report. As grounds therefore, the government states as follows:

    The Presentence Report contains numerous victim impact statements that include claims for restitution without supporting documentation, or where the documentation provided may be insufficient to alter the present restitution estimate. To give victims an opportunity to address these issues, the government is contacting those victims that have filed victim impact statements and is seeking additional documentation or other information from these victims. A number of victims have indicated that they can and/or will provide documents or other information that may enable the government to update its estimate of restitution.

In order to afford these victims more time to provide this information, the government requests an extension of time so that its response to the Presentence Report can include an updated estimate of restitution.

The Defendant has also sought and has obtained an extension of time to file his response to the Presentence Report on July 3, 2017. (Docket No. 25). The government requests an extension to the same date.  The undersigned has contacted counsel for the Defendant, as well as the Probation Office regarding this request. Neither the Defendant nor the Probation Office oppose this request.

    Respectfully submitted,

    ROBERT C. TROYER
    Acting United States Attorney

    By:*J. Chris Larson*
    J. CHRIS LARSON
    Assistant U.S. Attorney
    United States Attorney's Office
    1801 California Ave, Suite 1601
    Denver, Colorado 80202
    (303) 454-0100
    (303) 454-0411 (fax)
    J.Chris.Larson@usdoj.gov

    Attorney for Government

## CERTIFICATE OF SERVICE

      I hereby certify that on this 20th day of June 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

                  By:   *J. Chris Larson*
                           J. CHRIS LARSON
                           Assistant U.S. Attorney
                           United States Attorney's Office
                           1801 California Ave, Suite 1601
                           Denver, Colorado 80202
                           (303) 454-0100
                           (303) 454-0411 (fax)
                           J.Chris.Larson@usdoj.gov

                           Attorney for Government