IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 16-cr-00284-CMA

UNITED STATES OF AMERICA,

Plaintiff,

v.

1.   DONALD ILEY,

Defendant.

---

### ENTRY OF APPEARANCE OF FORFEITURE COUNSEL
---

To:   The clerk of court and all parties of record

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for the United States of America.

DATED at Denver, Colorado this 29th day of June, 2017.

> ROBERT C. TROYER
> Acting United States Attorney
>
> s/ *Tonya S. Andrews*
> Tonya S. Andrews
> Assistant United States Attorney
> United States Attorney's Office
> 1801 California Street, Suite 1600
> Denver, Colorado 80202
> Telephone: 303-454-0100
> Fax: 303-454-0405
> Email: tonya.andrews@usdoj.gov