IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 16-cr-00284-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. DONALD ILEY

    Defendant.

## GOVERNMENT'S MOTION TO DISMISS
## COUNTS 1-11, 13-27, and 29-31 OF INDICTMENT AT SENTENCING

Consistent with the parties' plea agreement, the United States of America respectfully moves the Court to enter an order dismissing Counts 1-11, 13-27, and 29-32 of the Indictment (Docket No. 1) at the conclusion of the sentencing hearing. On April 28, 2017, the Defendant pled guilty to Count 12 and Count 28, and admitted the allegation of forfeiture in the Indictment. The Defendant will be sentenced on July 13, 2017.

Dated this 29th day of June, 2017.

                                      ROBERT C. TROYER
                                    Acting United States Attorney

                                    By:*J. Chris Larson*
                                    J. CHRIS LARSON
                                    Assistant U.S. Attorney
                                    United States Attorney's Office
                                    1801 California Ave, Suite 1601
                                    Denver, Colorado 80202
                                    (303) 454-0100
                                    (303) 454-0411 (fax)
                                    J.Chris.Larson@usdoj.gov

                                    Attorney for the Government

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 29th day of June 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

      By:   *J. Chris Larson*
              J. CHRIS LARSON
              Assistant U.S. Attorney
              United States Attorney's Office
              1801 California Ave, Suite 1601
              Denver, Colorado 80202
              (303) 454-0100
              (303) 454-0411 (fax)
              J.Chris.Larson@usdoj.gov

              Attorney for the Government