### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO

Criminal Action No. 16-cr-00284-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. DONALD ILEY

    Defendant.

---

### GOVERNMENT'S MOTION FOR REDUCTION FOR ACCEPTANCE OF RESPONSIBILITY UNDER § 3E1.1

---

The United States of America (the government), by and through J. Chris Larson, Assistant United States Attorney, moves at the time of sentencing for an additional one-level reduction in the offense level based on the defendant's acceptance of responsibility pursuant to §3E1.1(b) of the United States Sentencing Guidelines.

Dated this 29th day of June, 2017.

    ROBERT C. TROYER
    Acting United States Attorney

    By:*J. Chris Larson*
    J. CHRIS LARSON
    Assistant U.S. Attorney
    United States Attorney's Office
    1801 California Ave, Suite 1601
    Denver, Colorado 80202
    (303) 454-0100
    (303) 454-0411 (fax)
    J.Chris.Larson@usdoj.gov

    Attorney for the Government

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 29th day of June 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

                         By:    *J. Chris Larson*
                                   J. CHRIS LARSON
                                   Assistant U.S. Attorney
                                   United States Attorney's Office
                                   1801 California Ave, Suite 1601
                                   Denver, Colorado 80202
                                   (303) 454-0100
                                   (303) 454-0411 (fax)
                                   J.Chris.Larson@usdoj.gov

                                   Attorney for the Government