# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Action No. 16-cr-00284-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. DONALD ILEY

    Defendant.

---

## CORRECTED ATTACHMENT A
## GOVERNMENT'S SENTENCING STATEMENT (Docket No. 32)

---

Attached here, please find "The Agreement and Final Agency Order" referenced as Attachment A in the Government's Sentencing Statement (Docket No. 32) ("2010 Order").  This replaces the incorrectly scanned version of the document attached to the Government's Sentencing Statement.

Dated this 29th day of June, 2017.

                      ROBERT C. TROYER
                      Acting United States Attorney

                      By:*J. Chris Larson*
                      J. CHRIS LARSON
                      Assistant U.S. Attorney
                      United States Attorney's Office
                      1801 California Ave, Suite 1601
                      Denver, Colorado 80202
                      (303) 454-0100
                      (303) 454-0411 (fax)
                      J.Chris.Larson@usdoj.gov

## CERTIFICATE OF SERVICE

    I hereby certify that on this 29th day of June 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

                              By:    *J. Chris Larson*
                                      J. CHRIS LARSON
                                      Assistant U.S. Attorney
                                      United States Attorney's Office
                                      1801 California Ave, Suite 1601
                                      Denver, Colorado 80202
                                      (303) 454-0100
                                      (303) 454-0411 (fax)
                                      J.Chris.Larson@usdoj.gov

                                      Attorney for the Government