IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 16-cr-00284-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. DONALD ILEY

    Defendant.

---

### The Government's Response to the Presentence Report (Docket No. 23)

---

The United States (the government) by and through Assistant United States Attorney, J. Chris Larson, responds to the Presentence Report, ¶¶ 37, 38, 42 and 113 (Docket No. 23), and has submitted a revised estimate of restitution to the Probation Office and the Defendant.

The government has revised the estimate of restitution after reviewing the victim impact statements attached to the original Presentence Report and the available evidence supporting the declarations of victim losses.  Additionally, the government has responded to questions about the estimate tendered by the Defendant through his counsel.  The government notes that the revised estimate also includes an additional business that filed a victim impact statement, but did not appear on the list of businesses on Attachment A to the plea agreement. The revised estimate of restitution is relevant to the following paragraphs of the

Presentence Report.  Docket No. 23, ¶¶ 37, 38, 42, and 113.

The estimate of restitution is subject to further revision.  The Probation Office has notified the government that a small number of victims have submitted additional victim impact statements.  The government will promptly review this information, and will advise the Defendant and the Probation Office about whether the government recommends any further revision to the estimate of restitution.

Additionally, the government continues to be in communication with counsel for the Defendant regarding restitution, and will continue to work to narrow and/or eliminate issues regarding restitution to be considered at sentencing on July 13, 2017.

Dated this 3rd day of July, 2017.

ROBERT C. TROYER
Acting United States Attorney

By: *J. Chris Larson*
J. CHRIS LARSON
Assistant U.S. Attorney
United States Attorney's Office
1801 California Ave, Suite 1601
Denver, Colorado 80202
(303) 454-0100
(303) 454-0411 (fax)
J.Chris.Larson@usdoj.gov

Attorney for the Government

### CERTIFICATE OF SERVICE

    I hereby certify that on this 3rd day of July 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

|  |  |
|---|---|
| By: | *J. Chris Larson* |
|  | J. CHRIS LARSON |
|  | Assistant U.S. Attorney |
|  | United States Attorney's Office |
|  | 1801 California Ave, Suite 1601 |
|  | Denver, Colorado 80202 |
|  | (303) 454-0100 |
|  | (303) 454-0411 (fax) |
|  | J.Chris.Larson@usdoj.gov |
|  | Attorney for the Government |