IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  16-cr-00284-CMA

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.      DONALD ILEY,

        Defendant.
_____

**PRELIMINARY ORDER OF FORFEITURE FOR A PERSONAL MONEY JUDGMENT AGAINST DEFENDANT DONALD ILEY**
_____

        THIS MATTER comes before the Court on the United States' Motion for Preliminary Order of Forfeiture for a Personal Money Judgment against Defendant Donald Iley pursuant to Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure. The Court having read said Motion and being fully advised in the premises finds:

        On August 24, 2016, the Grand Jury charged defendant Donald Iley, in part, with Count 12 with a violation of 18 U.S.C. § 1343.  The Indictment also sought forfeiture in the form of a personal money judgment against defendant Donald Iley, pursuant to 18 U.S.C. § 981(a)(1)(C), and 28 U.S.C. § 2451(c), the amount of proceeds obtained by the scheme and by the defendant.  (Doc. 1).

On April 18, 2017, the United States and defendant Donald Iley entered into a Plea Agreement, which provides a factual basis and cause to issue a personal money judgment under 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. 2461(c) and Rule 32.2(b) of the Federal Rules of Criminal Procedure.

THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED:

THAT the proceeds obtained by defendant Donald Iley through commission of the offense in Count 12 for which he has pleaded guilty are subject to forfeiture.

THAT a Preliminary Order of Forfeiture for a Personal Money Judgment against defendant Donald Iley shall be entered in accordance with 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. 2461(c).  Pursuant to Federal Rule of Criminal Procedure 32.2(b)(4), this Forfeiture Money Judgment shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment.

THAT this Preliminary Order of Forfeiture may be amended pursuant to the Federal Rules of Criminal Procedure, Rule 32.2(e)(1).

DATED July 10, 2017

BY THE COURT:

_____
CHRISTINE M. AGRUELLO
United States District Court Judge