IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 16-cr-00284-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. DONALD ILEY

    Defendant.

---

### DEFENDANT'S MOTION AND BRIEF TO RESTRICT ACCESS TO DEFENDANT'S SUPPLEMENTAL SUBMISSION FOR COURT'S SENTENCING CONSIDERATION [DOC #34] AND DEFENDANT'S OBJECTIONS TO PRESENTENCE REPORT [DOC #35]

### (RESTRICTED DOCUMENT LEVEL 2)

---

Defendant Don Iley, by and through his attorney Gary Lozow of Foster Graham Milstein & Calisher LLP, pursuant to D.C.Colo. LCrR 47.1.(c)(2), and (f)(1), hereby submits his Motion to Restrict Access to Defendant's Supplemental Submission for Court's Sentencing Consideration [DOC #34] and Defendant's Objections to Presentence Report [#35].

1.    Defendant Iley filed Defendant's Supplemental Submission for Court's Sentencing Consideration [DOC #34] and Defendant's Objection to the Presentence Report [DOC #35] in good faith on June 30, 2017, and with the belief that these documents were otherwise subject to Restricted Document Level 2.

2. Defendant Iley's first notice of the inappropriate and public disclosure of these documents was in this Court's Order [DOC #47] dated July 21, 2017.

3. Defendant Iley's filing of a Level 1 Restriction was incorrect.

4. Defendant Iley seeks to restrict public access to Defendant's Supplemental Submission for Court's Sentencing Consideration [DOC #34] and Defendant's Objections to Presentence Report [#35].

5. Defendant seeks restriction pursuant to D.C.Colo. LCrR 47.1 (f)(1), which states that documents relating to presentence reports and documents regarding sentencing (including letters) are to be filed under Level 2 restriction subject to presumptive restriction.

6. Defendant Iley seeks Restriction Level 2 for [DOC #34] and [DOC #35] pursuant to D.C.Colo. LCrR 47.1.(c)(2), and (f)(1).

Wherefore, for the reasons set forth herein, Defendant asks the Court to change the restriction level to Restriction Level 2.

Respectfully submitted this 21st day of July 2017.

              **FOSTER GRAHAM MILSTEIN & CALISHER LLP**

              By: *s/Gary Lozow*
                  Gary Lozow
                  360 S. Garfield, 6th Floor
                  Denver, CO 80209
                  Telephone: (303) 333-9810
                  glozow@fostergraham.com

              **ATTORNEYS FOR DEFENDANT DON ILEY**

# CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of July 2017, I electronically filed the foregoing **DEFENDANT'S MOTION TO RESTRICT ACCESS TO DEFENDANT'S SUPPLEMENTAL SUBMISSION FOR COURT'S SENTENCING CONSIDERATION [DOC #34] AND DEFENDANT'S OBJECTIONS TO PRESENTENCE REPORT [DOC #35] (RESTRICTED DOCUMENT LEVEL 2)** to the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> J. Chris Larson
> Assistant United District Attorney
> j.chris.larson@usdoj.gov

> *s/Donna M. Brummett*
> Donna M. Brummett