IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 16-cr-00284-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. DONALD ILEY

    Defendant.

---

**DEFENDANT'S MOTION AND BRIEF TO RESTRICT ACCESS TO DEFENDANT'S SECOND SUPPLEMENTAL SUBMISSION TO SENTENCING MEMORANDUM**

---

Defendant Don Iley, by and through his attorney Gary Lozow of Foster Graham Milstein & Calisher LLP, pursuant to D.C.Colo. LCrR 47.1(f)(1), hereby submits his Motion to Restrict Access to Defendant's Second Supplemental Submission to Sentencing Memorandum.

1.    Defendant Iley seeks to restrict public access to Defendant's Second Supplemental Submission to Sentencing Memorandum.

2.    Defendant seeks restriction pursuant to D.C.Colo. LCrR 47.1(f)(1), which states that documents regarding sentencing (including letters) are to be filed under Level 2 restriction subject to presumptive restriction.

3.	Defendant Iley seeks Restriction Level 2 for Defendant's Second Supplemental Submission to Sentencing Memorandum pursuant to D.C.Colo. LCrR 47.1 (f)(1).

Wherefore, for the reasons set forth herein, Defendant asks the Court to change the restriction level to Restriction Level 2.

Respectfully submitted this 24th day of July 2017.

**FOSTER GRAHAM MILSTEIN & CALISHER LLP**

By:	*s/Gary Lozow*
	Gary Lozow
	360 S. Garfield, 6th Floor
	Denver, CO 80209
	Telephone: (303) 333-9810
	glozow@fostergraham.com

**ATTORNEYS FOR DEFENDANT DON ILEY**

# CERTIFICATE OF SERVICE

      I hereby certify that on the 21st day of July 2017, I electronically filed the foregoing **DEFENDANT'S MOTION TO RESTRICT ACCESS TO DEFENDANT'S SECOND SUPPLEMENTAL SUBMISSION TO SENTENCING MEMORANDUM** to the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

      J. Chris Larson
      Assistant United District Attorney
      j.chris.larson@usdoj.gov

                                    *s/Donna M. Brummett*
                                    Donna M. Brummett