IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 16-cr-00284-CMA

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  DONALD ILEY,

      Defendant.

_____

**AMENDED PRELIMINARY ORDER OF FORFEITURE
AGAINST DEFENDANT DONALD ILEY**

_____

THIS MATTER comes before the Court on the United States' Motion for an Amended Preliminary Order of Forfeiture, pursuant to Rule 32.2(e)(1) of the Federal Rules of Criminal Procedure.

The Court having read said Motion and being fully advised in the premises finds:

1.      On August 24, 2016, the Grand Jury charged defendant Donald Iley, in part, with Count 12 with a violation of 18 U.S.C. § 1343.  (Doc. 1).

2.      The Indictment also sought forfeiture in the form of a personal money judgment against defendant Donald Iley, pursuant to 18 U.S.C. §§ 981(a)(1)(C) and 28 U.S.C. § 2461(c), in the amount of proceeds obtained by the scheme and by the defendant;

3.      On April 18, 2017, the United States and defendant Donald Iley entered into a Plea Agreement, which provided the factual basis and cause to issue a personal

1

money judgment under 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. 2461(c) and Rule 32.2(b) of the Federal Rules of Criminal Procedure (Doc. 21);

4.      This Court entered a General Preliminary Order of Forfeiture for a Personal Money Judgment, pursuant to Fed. R. Crim. P. 32.2(b)(2)(C).  The Order specified that the amount would be amended at the time the money judgment was determined by the Court (Doc. 40); and

5.      On July 13, 2017, this Court held an initial sentencing hearing for defendant Iley where the defendant agreed to restitution in the amount of $9,718,327.68.  The Government sought leave to amend the Preliminary Order of Forfeiture to include this amount as the proceeds from the offense as set forth in the Plea Agreement.

THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED:

THAT the Preliminary Order of Forfeiture against defendant Donald Iley shall be amended, pursuant to Fed. R. Crim. P. 32.2(e)(1), and the United States may forfeit up to $9,718,327.68 in direct or substitute assets from the Defendant.

THAT this Court shall retain jurisdiction over this matter for the purpose of amending the Order of Forfeiture to include any subsequently located substitute assets, tendered herewith, for the reasons set forth above

THAT the Amended Judgment shall reflect the same.

SO ORDERED this _____ day of _____, 2017.

BY THE COURT:

_____
CHRISTINA M. ARGUELLO
United States District Court Judge