IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 16-cr-00284-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. DONALD ILEY

    Defendant.

---

## DEFENDANT'S MOTION TO RENUMBER EXHIBITS

---

Defendant Don Iley, by and through his attorney Gary Lozow of Foster Graham Milstein & Calisher LLP, hereby respectfully requests the Court to renumber exhibits with corrected numbering to Defendant's Second Supplemental Submission to Sentencing Memorandum [DOC No. 51], and as grounds therefor submits the following:

1. Defendant filed a restricted document, Defendant's Second Supplemental Submission to Sentencing Memorandum [DOC No. 51], on Monday, July 24, 2017.

2. Inadvertently, Exhibits A and B were interchanged when marked as exhibits.

3.	Defendant respectfully requests the Court to exchange the exhibits attached to Defendant's Second Supplemental Submission to Sentencing Memorandum [DOC No. 51]and renumber "A" to "B" and "B" to "A".

Wherefore, for the reasons set forth herein, Defendant asks the Court to renumber Exhibits A and B so that Exhibit B is now Exhibit A and Exhibit A is now Exhibit B.

Respectfully submitted this 25th day of July 2017.

**FOSTER GRAHAM MILSTEIN & CALISHER LLP**

By:	*s/Gary Lozow*
	Gary Lozow
	360 S. Garfield, 6th Floor
	Denver, CO 80209
	Telephone: (303) 333-9810
	glozow@fostergraham.com

**ATTORNEYS FOR DEFENDANT DON ILEY**

## CERTIFICATE OF SERVICE

      I hereby certify that on the 25th day of July 2017, I electronically filed the foregoing **DEFENDANT'S MOTION TO RENUMBER EXHIBITS** to the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

      J. Chris Larson
      Assistant United District Attorney
      j.chris.larson@usdoj.gov


                              *s/Donna M. Brummett*
                              Donna M. Brummett