IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 16-cr-00284-CMA

UNITED STATES OF AMERICA,

    Plaintiff

v.

DONALD ILEY

    Defendant.

**DEFENDANT'S NOTICE OF APPEAL OF JUDGMENT AND SENTENCE OF JULY 25, 2017 TO THE TENTH CIRCUIT COURT OF APPEALS**

COMES NOW, the Defendant Don Iley, by through his attorney, Gary Lozow of Foster Graham Milstein & Calisher, LLP, submits the Defendant's Notice of Appeal of the Defendant's sentence of 151 months entered by the Honorable Judge Christine Arguello on July 25, 2017.

1. On July 25, 2017, the Defendant was sentenced to 151 months.

2. The Defendant respectfully submits this Notice of Appeal of the judgment and sentence.

3. The Defendant at the appropriate time will be seeking court appointed counsel for this appeal as he is presently incarcerated and indigent.

Respectfully submitted this 3rd day of August, 2017.

        **FOSTER GRAHAM MILSTEIN & CALISHER LLP**

    By:  *s/Gary Lozow*
          Gary Lozow
          360 S. Garfield, 6th Floor
          Denver, CO 80209
          Telephone: (303) 333-9810
          glozow@fostergraham.com

          **ATTORNEYS FOR DEFENDANT**
          **DON ILEY**

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of August 2017, I electronically filed the foregoing to the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> J. Chris Larson
> Assistant United States District Attorney
> j.chris.larson@usdoj.gov

> Tonya Shotwell Andrews
> Assistant United States District Attorney
> Tonya.andrews@usdoj.gov

>> *s/Hannah Richards*
>> Hannah Richards