APPEAL,TERMED

# U.S. District Court
# District of Colorado (Denver)
# CRIMINAL DOCKET FOR CASE #: 1:16−cr−00284−CMA All Defendants

Case title: USA v. Iley

Date Filed: 08/24/2016
Date Terminated: 08/03/2017

Assigned to: Judge Christine M. Arguello

### Defendant (1)

**Donald Iley**
*TERMINATED: 08/03/2017*

represented by **Gary Lozow**
Foster Graham Milstein & Calisher, LLP
360 South Garfield Street
6th Floor
Denver, CO 80209
303−333−9810
Fax: 303−333−9786
Email: glozow@fostergraham.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| **Pending Counts** | **Disposition** |
| --- | --- |
| 18 U.S.C. § 1343 Wire Fraud (12) | Defendant committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of ONE−HUNDRED AND FIFTY−ONE (151) MONTHS, to run concurrent to Count 28. Supervised Release of THREE (3) YEARS, to run concurrent to Count 28. Special Assessment of $100.00. Total Restitution of $9,718,327.68 |
| 26 U.S.C. § 7602(2) Aiding in the Preparation of a False Tax Return (28) | Defendant committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of THIRTY−SIX (36) MONTHS, to run concurrent to Count 12. Supervised Release of ONE YEAR , to run concurrent to Count 12. Special Assessment of $100.00. Total Restitution of $9,718,327.68 |

### Highest Offense Level (Opening)

Felony

| **Terminated Counts** | **Disposition** |
| --- | --- |
| 18 U.S.C. § 1343 Wire Fraud (1–11) | Dismissed on Motion of the Government |
| 18 U.S.C. § 1341 Mail Fraud (13–14) | Dismissed on Motion of the Government |
| 26 U.S.C. § 7602(2) Aiding in the Preparation of a False Tax Return (15–27) | Dismissed on Motion of the Government |
| 26 U.S.C. § 7602(2) Aiding in the Preparation of a False Tax Return (29–32) | Dismissed on Motion of the Government |

### Highest Offense Level

**(Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Plaintiff**

**USA**  represented by  **J. Chris Larson**
U.S. Attorney's Office–Denver
1801 California Street
Suite 1600
Denver, CO 80202
303–454–0252
Fax: 303–454–0408
Email: j.chris.larson@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Federal Agency Attorney*

**Tonya Shotwell Andrews**
U.S. Attorney's Office–Denver
1801 California Street
Suite 1600
Denver, CO 80202
303–454–0100
Fax: 303–454–0402
Email: Tonya.Andrews@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Federal Agency Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/24/2016 | 1 | INDICTMENT as to Donald Iley (1) count(s) 1–12, 13–14, 15–32. (Attachments: # 1 Penalty Sheet) (athom, ) (Entered: 08/24/2016) |
| 08/24/2016 | 2 | RESTRICTED DOCUMENT – Level 4 as to Donald Iley. (athom, ) (Entered: 08/24/2016) |
| 08/24/2016 | 3 | Summons Issued as to Donald Iley. Initial Appearance set for 9/7/2016 02:00 PM in Courtroom C201 before Magistrate Judge Kathleen M. Tafoya. (athom, ) (Entered: 08/24/2016) |
| 09/07/2016 | 4 | MINUTE ENTRY/ORDER for proceedings held before Magistrate Judge Kathleen M. Tafoya: Initial Appearance as to Donald Iley held on 9/7/2016. Defendant present on summons. Defendant advised. Bond set as to Donald Iley (1) Personal Recognizance. Defendant to forthwith surrender Passport to the Clerk's Office. Arraignment / Discovery Hearing set for 9/14/2016 10:00 AM in Courtroom C201 before Magistrate Judge Kathleen M. Tafoya. (Total time: 14 minutes, Hearing time: 2:04 – 2:18) **APPEARANCES**: Chris Larson on behalf of the Government, Gary Lozow on behalf of Defendant, Michele Sinaka on behalf of pretrial. Court Reporter: FTR – E. E. Miller. FTR: Courtroom C201. (emill) Text Only Entry (Entered: 09/07/2016) |
| 09/07/2016 | 5 | Personal Recognizance Bond Entered as to Donald Iley (emill) (Entered: 09/07/2016) |
| 09/07/2016 | 6 | ORDER Setting Conditions of Release as to Donald Iley (1) Personal Recognizance Bond by Magistrate Judge Kathleen M. Tafoya on 9/7/2016. (emill) (Entered: 09/07/2016) |
| 09/12/2016 | 7 | Passport Receipt as to Donald Iley. Surrender of passport re Bond Conditions; Passport Number 307697522 issued by USA. (athom, ) (Entered: 09/12/2016) |

| | | |
|---|---|---|
| 09/14/2016 | 8 | COURTROOM MINUTES for Arraignment and Discovery Hearing as to Donald Iley held on 9/14/2016 before Magistrate Judge Kathleen M. Tafoya. Defendant present on bond. Plea of NOT GUILTY entered by defendant. Discovery memorandum executed. Mr. Larson states there is a typo on the penalty sheet with respect to a statutory reference. Defendant's bond continued. Counsel is directed to chambers. (Total time: 5 mins, Hearing time: 1006–1011)<br><br>**APPEARANCES**: Chris Larson on behalf of the Government, Gary Lozow on behalf of the defendant, Angela Ledesma on behalf of pretrial. FTR: KMT C201. (sgrim) Text Only Entry (Entered: 09/14/2016) |
| 09/14/2016 | 9 | Discovery Conference Memorandum and ORDER: Estimated Trial Time − 10 days as to Donald Iley by Magistrate Judge Kathleen M. Tafoya on 9/14/16. (sgrim) (Entered: 09/14/2016) |
| 09/14/2016 | 10 | ORDER as to Donald Iley. Pretrial motions due by September 28, 2016. Responses due by October 12, 2016. If counsel believe an evidentiary hearing on motions is necessary, they shall confer and e−mail Chambers at arguello_chambers@cod.uscourts.gov no later than October 14, 2016 to set such a hearing. Final Trial Preparation Conference OR Change of Plea Hearing set for October 25, 2016, at 2:00 PM in Courtroom A602 before Judge Christine M. Arguello. Ten−day Jury Trial set for November 7, 2016, at 8:00 AM, with Jury Selection scheduled for October 31, 2016, at 1:30 PM, in Courtroom A602, before Judge Christine M. Arguello. FURTHER ORDERED, the Court will not consider any motion related to the disclosure or production of discovery that is addressed by the Discovery Order and/or Fed.R.Crim.P.16, unless Counsel for the moving party, prior to filing the motion, has conferred or made reasonable, good−faith efforts to confer with opposing counsel in an effort to attempt to resolve the disputed matter, e.g., questions or disputes relating to the scope and/or timing of disclosure of such discovery. If the parties are able to resolve the dispute, the Motion shall be entitled Unopposed Motion for _____, and the parties shall submit the proposed order the parties wish the Court to enter. If the parties are unable to resolve the dispute, the moving party shall state in the Motion the specific efforts that were taken to comply with this Order to Confer. FURTHER ORDERED, parties are expected to comply with this Court's Criminal Practice Standards (see www.cod.uscourts.gov, under tab Court Operations/Rules & Procedures/Judicial Practice Standards). SO ORDERED BY Judge Christine M. Arguello on 9/14/2016. Text Only Entry (vbarn) (Entered: 09/14/2016) |
| 09/27/2016 | 11 | Unopposed MOTION to Continue *Motion For Ends of Justice Continuance of Trial* by Donald Iley. (Lozow, Gary) (Entered: 09/27/2016) |
| 09/28/2016 | 12 | ORDER granting 11 Motion to Continue and 180 day ends of justice continuance as to Donald Iley. Motions due by 3/6/2017. Responses due by 3/20/2017. The Final Trial Preparation Conference/Change of Plea Hearing set for 10/25/2016, is VACATED and RESET to 4/18/2017, at 03:00 PM in Courtroom A 602 before Judge Christine M. Arguello. The ten−day Jury Trial set to begin on 10/31/2016, is VACATED and RESET to 5/8/2017, at 08:00 AM, with jury selection scheduled for 5/1/2017, in Courtroom A 602 before Judge Christine M. Arguello. By Judge Christine M. Arguello on 09/28/2016. (athom, ) (Entered: 09/28/2016) |
| 02/01/2017 | 13 | NOTICE of Change of Address/Contact Information (Larson, J.) (Entered: 02/01/2017) |
| 03/20/2017 | 14 | NOTICE of Disposition by Donald Iley (Lozow, Gary) (Entered: 03/20/2017) |
| 03/21/2017 | 15 | ORDER as to Donald Iley re: Notice of Disposition 14 . The Court AFFIRMS the Change of Plea Hearing set for Defendant on 4/18/2017 at 3:00 PM in Courtroom A602 before Judge Christine M. Arguello. This Change of Plea Hearing is set in lieu of the Final Trial Preparation Conference, which, along with the trial date, will remain as scheduled, and will not be vacated until Defendant's plea is entered and accepted by the Court. Counsel for the parties shall deliver a courtesy copy of the Plea Agreement to Judge Arguello's chambers, via email or fax, no less than 72 hours before the Change of Plea Hearing. If a courtesy copy is not timely submitted, the hearing may be vacated. The original and one copy of the Statement by Defendant in Advance of Change of Plea and Plea Agreement should be delivered to the courtroom deputy in the courtroom at the time of the hearing (D.C.COLO.LCrR 11.1(e)(1)). FURTHER ORDERED that defense counsel who has reviewed and advised Defendant regarding |

| | | |
|---|---|---|
| | | the facts, discovery and plea agreement must attend this Change of Plea Hearing. SO ORDERED BY Judge Christine M. Arguello on 3/21/2017. Text Only Entry (cmasec) (Entered: 03/21/2017) |
| 04/03/2017 | 16 | MOTION for Extension of Time to File *Jury Instructions, Exhibit List, and Witness List* by USA as to Donald Iley. (Larson, J.) (Entered: 04/03/2017) |
| 04/03/2017 | 17 | ERRATA to 16 MOTION for Extension of Time to File *Jury Instructions, Exhibit List, and Witness List* by USA as to Donald Iley (Attachments: # 1 Corrected Motion to Extend Filing Deadlines)(Larson, J.) (Entered: 04/03/2017) |
| 04/03/2017 | 18 | ORDER granting 16 Motion for Extension of Time. Proposed Jury Instructions due 4/21/2017; Exhibit and Witness Lists due 4/28/2017. SO ORDERED by Judge Christine M. Arguello on 4/3/2017. Text Only Entry (cmasec) (Entered: 04/03/2017) |
| 04/18/2017 | 20 | MINUTE ENTRY for proceedings held before Judge Christine M. Arguello: Change of Plea Hearing as to Donald Iley held on 4/18/2017. Plea entered by Defendant, Guilty as to Counts 12 and 28 of the Indictment. Sentencing set for 7/13/2017 03:00 PM in Courtroom A 602 before Judge Christine M. Arguello. All other dates are vacated and any pending motions are denied as moot. The US Probation Office shall prepare a Presentence Report. Counsel shall file their sentencing positions and all motions at least 14 days before the sentencing date; responses or objections shall be filed no later than seven days before the sentencing date. Failure to timely file these pleadings may result in a continuance of the sentencing date. Defendant present on bond, Defendant's bond continued, (Total time: 31 Minutes, Hearing time: 2:59 p.m. –– 3:30 p.m.)<br><br>**APPEARANCES**: J. Chris Larson on behalf of the Government; Gary Lozow on behalf of the Defendant. ALSO PRESENT: George Warnock, IRS Special Agent. Court Reporter: Darlene Martinez. (swest) Text Only Entry (Entered: 04/18/2017) |
| 04/18/2017 | 21 | PLEA AGREEMENT as to Donald Iley. (swest) (Entered: 04/18/2017) |
| 04/18/2017 | 22 | STATEMENT IN ADVANCE OF PLEA OF GUILTY by Defendant Donald Iley. (swest) (Entered: 04/18/2017) |
| 06/09/2017 | 23 | RESTRICTED PRESENTENCE REPORT first disclosure for attorney review as to Donald Iley (Attachments: # 1 Exhibit B, # 2 Exhibit C, # 3 Exhibit D, # 4 Exhibit E)(doden, ) (Entered: 06/09/2017) |
| 06/19/2017 | 24 | Unopposed MOTION for Extension of Time to File Response/Reply *to Presentence Report* by Donald Iley. (Lozow, Gary) (Entered: 06/19/2017) |
| 06/20/2017 | 25 | ORDER granting 24 Unopposed Motion for Extension of Time to Respond. Defendant shall have up to and including 7/3/2017 within which to respond to the Presentence Report. SO ORDERED by Judge Christine M. Arguello on 6/20/2017. Text Only Entry (cmasec) (Entered: 06/20/2017) |
| 06/20/2017 | 26 | Unopposed MOTION for Extension of Time to File Response/Reply as to 23 Restricted Presentence Report – Attorney Disclosure by USA as to Donald Iley. (Larson, J.) (Entered: 06/20/2017) |
| 06/21/2017 | 27 | ORDER granting 26 Unopposed Motion for Extension of Time to File Response. The Government shall have up to and including 7/3/2017 within which to respond to the Presentence Report. SO ORDERED by Judge Christine M. Arguello on 6/21/2017. Text Only Entry (cmasec) (Entered: 06/21/2017) |
| 06/29/2017 | 28 | NOTICE OF ATTORNEY APPEARANCE Tonya Shotwell Andrews appearing for USA. Attorney Tonya Shotwell Andrews added to party USA(pty:pla) (Andrews, Tonya) (Entered: 06/29/2017) |
| 06/29/2017 | 29 | MOTION for Forfeiture of Property *FOR PRELIMINARY ORDER OF FORFEITURE FOR A PERSONAL MONEY JUDGMENT* by USA as to Donald Iley. (Attachments: # 1 Proposed Order (PDF Only))(Andrews, Tonya) (Entered: 06/29/2017) |
| 06/29/2017 | 30 | MOTION to Dismiss Counts by USA as to Donald Iley. (Larson, J.) (Entered: 06/29/2017) |

| | | |
|---|---|---|
| 06/29/2017 | 31 | MOTION for Order *for Reduction for Acceptance of Responsibility* by USA as to Donald Iley. (Larson, J.) (Entered: 06/29/2017) |
| 06/29/2017 | 32 | SENTENCING STATEMENT by USA as to Donald Iley (Attachments: # 1 Attachment A)(Larson, J.) (Entered: 06/29/2017) |
| 06/29/2017 | 33 | AMENDED DOCUMENT by USA as to Donald Iley Amendment to 32 Sentencing Statement filed by USA *Attachment A, Govt's Sentencing Statement* (Attachments: # 1 Exhibit Attachment A, 2010 Order)(Larson, J.) (Entered: 06/29/2017) |
| 06/30/2017 | 34 | RESTRICTED DOCUMENT – Level 1: by Donald Iley. (Lozow, Gary) (Entered: 06/30/2017) |
| 06/30/2017 | 35 | RESTRICTED DOCUMENT – Level 1: by Donald Iley. (Attachments: # 1 Exhibit Letters in Support)(Lozow, Gary) (Entered: 06/30/2017) |
| 07/03/2017 | 36 | RESPONSE by USA as to Donald Iley re: 23 Restricted Presentence Report – Attorney Disclosure, 27 Order on Motion for Extension of Time to File Response/Reply, (Larson, J.) (Entered: 07/03/2017) |
| 07/07/2017 | 37 | RESTRICTED PRESENTENCE REPORT as to Donald Iley (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(ntaka) (Entered: 07/07/2017) |
| 07/07/2017 | 38 | RESTRICTED ADDENDUM to Presentence Report 37 as to Donald Iley (Attachments: # 1 Exhibit A)(ntaka) (Entered: 07/07/2017) |
| 07/09/2017 | 39 | RESPONSE by USA as to Donald Iley re: 34 Restricted Document – Level 1 filed by Donald Iley *(Regarding Application of Section 2B1.1(b)(9)(C))* (Larson, J.) (Entered: 07/09/2017) |
| 07/10/2017 | 40 | PRELIMINARY ORDER OF FORFEITURE FOR A PERSONAL MONEY JUDGMENTAGAINST DEFENDANT DONALD ILEY as to Donald Iley. By Judge Christine M. Arguello on 07/10/2017. (athom, ) (Entered: 07/10/2017) |
| 07/11/2017 | 41 | ORDER as to Donald Iley: Sentencing set for 7/13/2017 is RESET IN TIME ONLY to 02:00 PM in Courtroom A 602 before Judge Christine M. Arguello. SO ORDERED by Judge Christine M. Arguello on 7/11/2017. Text Only Entry (cmasec) (Entered: 07/11/2017) |
| 07/11/2017 | 42 | RESTRICTED SECOND ADDENDUM to Presentence Report 37 as to Donald Iley (Attachments: # 1 Exhibit A)(doden, ) (Entered: 07/11/2017) |
| 07/11/2017 | 43 | RESPONSE by USA as to Donald Iley re: 37 Restricted Presentence Report – Final *Response Regarding Estimate of Restitution* (Larson, J.) (Entered: 07/11/2017) |
| 07/12/2017 | 44 | RESTRICTED THIRD ADDENDUM to Presentence Report 37 as to Donald Iley (aarag, ) (Entered: 07/12/2017) |
| 07/13/2017 | 45 | MINUTE ENTRY for proceedings held before Judge Christine M. Arguello: Sentencing held on 7/13/2017 as to Defendant Donald Iley. Statements by Harry Neumann, Paul Donovan, John King, Richard W.C. Jr., Ted Merriam, Jay Moskowitz, Curtis Snowden, Susan Hinnen, Steven Adelman, Dan Dorenkamb, Anna Sais, Alex Liesegang, Joe Van Dyke, and Gail Roberts. ORDERED: Granting 31 Governments Motion for Order for Reduction for Acceptance of Responsibility FURTHER ORDERED: Sentencing Hearing continued to 07/25/2017 at 3:00 p.m. in Courtroom A 602 before Judge Christine M. Arguello. Defendant present on bond; Defendant remanded. (Total time: 1:10, Hearing time: 2:03 p.m. – 3:22 p.m.)<br><br>**APPEARANCES**: J. Chris Larson on behalf of the Government; Gary Lozow on behalf of the Defendant; MariJo Paul on behalf of Probation. Court Reporter: Darlene Martinez. (swest) Text Only Entry. Modified on 7/14/2017 to correct Sentencing Hearing date. (swest) (Entered: 07/13/2017) |
| 07/14/2017 | 46 | Partial TRANSCRIPT of Sentencing Hearing – Proposed Findings as to Donald Iley held on 7/13/17 before Judge Arguello. Pages: 1–27. \<br>\<br> **NOTICE – REDACTION OF TRANSCRIPTS: Within seven calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal identifiers from the electronic transcript of the court proceeding. If a Notice of Intent to Redact is not filed within the allotted** |

| | | |
|---|---|---|
| | | time, this transcript will be made electronically available after 90 days. Please see the Notice of Electronic Availability of Transcripts document at www.cod.uscourts.gov.<br><br> Transcript may only be viewed at the court public terminal or purchased through the Court Reporter/Transcriber prior to the 90 day deadline for electronic posting on PACER. (dmart, ) (Entered: 07/14/2017) |
| 07/21/2017 | 47 | ORDER: This matter is before the Court sua sponte. It is ORDERED that the Clerk of the Court is directed to unrestrict Docs. ## 34 and 35 for failure to comply with the requirements of D.C.COLO.LCrR 47.1, despite repeated requests from the court. SO ORDERED by Judge Christine M. Arguello on 7/21/2017. Text Only Entry (cmasec) (Entered: 07/21/2017) |
| 07/21/2017 | 48 | MOTION for Leave to Restrict by Donald Iley. (Lozow, Gary) (Entered: 07/21/2017) |
| 07/24/2017 | 49 | RESTRICTED FOURTH ADDENDUM to Presentence Report 37 as to Donald Iley (doden, ) (Entered: 07/24/2017) |
| 07/24/2017 | 50 | MOTION for Leave to Restrict by Donald Iley. (Lozow, Gary) (Entered: 07/24/2017) |
| 07/24/2017 | 51 | RESTRICTED DOCUMENT – Level 2: as to Donald Iley. (Attachments: # 1 Exhibit A to Defendant's Second Supplemental Submission to Sentencing Memorandum, # 2 Exhibit B to Defendant's Second Supplemental Submission to Sentencing Memorandum, # 3 Exhibit C to Defendant's Second Supplemental Submission to Sentencing Memorandum, # 4 Exhibit D to Defendant's Second Supplemental Submission to Sentencing Memorandum, # 5 Exhibit E to Defendant's Second Supplemental Submission to Sentencing Memorandum)(Lozow, Gary) (Entered: 07/24/2017) |
| 07/25/2017 | 52 | MOTION to Amend/Correct *Preliminary Order of Forfeiture* by USA as to Donald Iley. (Attachments: # 1 Proposed Order (PDF Only))(Andrews, Tonya) (Entered: 07/25/2017) |
| 07/25/2017 | 53 | AMENDED PRELIMINARY ORDER OF FORFEITURE AGAINST DEFENDANT DONALD ILEY as to Donald Iley re 52 Motion to Amend/Correct. By Judge Christine M. Arguello on 07/25/2017. (athom, ) (Entered: 07/25/2017) |
| 07/25/2017 | 54 | RESTRICTED DOCUMENT – Level 2: as to Donald Iley. (Lozow, Gary) (Entered: 07/25/2017) |
| 07/25/2017 | 55 | MOTION to Modify 51 Restricted Document – Level 2,, *Defendant's Motion to Renumber Exhibits* by Donald Iley. (Lozow, Gary) (Entered: 07/25/2017) |
| 07/25/2017 | 56 | MINUTE ENTRY for proceedings held before Judge Christine M. Arguello: Sentencing held on 7/25/2017 as to Defendant Donald Iley. ORDERED: Granting 30 Government's Motion to Dismiss Counts. Defendant sentenced as reflected on the record. Defendant present in custody; Defendant remanded. (Total time: 58 Minutes, Hearing time: 3:05 p.m. –– 4:03 p.m.)<br><br>**APPEARANCES**: J. Chris Larson on behalf of the Government; Gary Lozow on behalf of the Defendant; MariJo Paul on behalf of Probation. Court Reporter: Darlene Martinez. (swest) Text Only Entry (Entered: 07/26/2017) |
| 07/27/2017 | 57 | ORDER GRANTING 48 Motion for Leave to Restrict. Docs. ## 34 and 35 , all exhibits attached thereto, and any orders that may reveal the contents of these documents shall have a Level 2 Restriction. SO ORDERED by Judge Christine M. Arguello on 7/27/2017. Text Only Entry (cmasec) (Entered: 07/27/2017) |
| 07/27/2017 | 58 | ORDER denying 55 Motion to Modify as to Donald Iley (1). SO ORDERED by Judge Christine M. Arguello on 7/27/2017. Text Only Entry (cmasec) (Entered: 07/27/2017) |
| 07/28/2017 | 59 | ORDER granting 50 Motion for Leave to Restrict. Docs. ## 51 and 54 , all exhibits attached thereto, and any orders that may reveal the contents of these documents shall have a Level 2 Restriction. SO ORDERED by Judge Christine M. Arguello on 7/28/2017. Text Only Entry (cmasec) (Entered: 07/28/2017) |
| 07/28/2017 | 60 | TRANSCRIPT of Change of Plea Hearing as to Donald Iley held on 4/18/17 before Judge Arguello. Pages: 1–39. <br><br> **NOTICE – REDACTION OF TRANSCRIPTS: Within seven calendar days of this filing, each party shall** |

| | | |
|---|---|---|
| | | **inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal identifiers from the electronic transcript of the court proceeding. If a Notice of Intent to Redact is not filed within the allotted time, this transcript will be made electronically available after 90 days. Please see the Notice of Electronic Availability of Transcripts document at www.cod.uscourts.gov.<br><br>** Transcript may only be viewed at the court public terminal or purchased through the Court Reporter/Transcriber prior to the 90 day deadline for electronic posting on PACER. (dmart, ) (Entered: 07/28/2017) |
| 08/01/2017 | 61 | RESTRICTED ADDENDUM AFTER SENTENCING to Presentence Report 37 as to Donald Iley (doden, ) (Entered: 08/01/2017) |
| 08/03/2017 | 62 | NOTICE OF APPEAL as to 56 Minute Entry, 63 Judgment by Donald Iley. ( Filing fee $ 505, Receipt Number 1082–5646937) (Lozow, Gary) Modified on 8/3/2017 to correct text and create linkage (athom, ). (Entered: 08/03/2017) |
| 08/03/2017 | 63 | JUDGMENT as to defendant Donald Iley (1): Counts 1–11, 13–14, 15–27, and 29–32, Dismissed on Motion of the Government; Count 12, Defendant committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of ONE–HUNDRED AND FIFTY–ONE (151) MONTHS, to run concurrent to Count 28. Supervised Release of THREE (3) YEARS, to run concurrent to Count 28. Special Assessment of $100.00. Total Restitution of $9,718,327.68; Count 28, Defendant committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of THIRTY–SIX (36) MONTHS, to run concurrent to Count 12. Supervised Release of ONE YEAR, to run concurrent to Count 12. Special Assessment of $100.00. Total Restitution of $9,718,327.68. SO ORDERED by Judge Christine M. Arguello on 8/3/2017. (cmasec) (Entered: 08/03/2017) |
| 08/03/2017 | 64 | STATEMENT OF REASONS as to Donald Iley. (cmasec) (Entered: 08/03/2017) |