IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 16-cr-00284-CMA

UNITED STATES OF AMERICA,

    Plaintiff

v.

DONALD ILEY

    Defendant.

---

**MOTION TO PROCEED IN FORMA PAUPERIS**

---

COMES NOW, the Defendant Don Iley, by through his attorney, Gary Lozow of Foster Graham Milstein & Calisher, LLP, and requests that this Honorable Court enter an order allowing the Defendant to proceed *in forma pauperis* in further proceedings relating to a Notice of Appeal filed on August 3, 2017, and as grounds therefore submits the following:

1. On July 25, 2017, the Defendant was sentenced to 151 months to be served in federal custody.

2. The Defendant was remanded to federal custody on July 13, 2017 and remains in custody.

3. The Defendant filed his Notice of Appeal on August 3, 2017 [Doc. 62].

4. The Defendant is indigent. The Pre-Trial Services Report related the Defendant's financial status at the time of sentencing.

5. The Defendant has been ordered to pay $9,718,327.68 in restitution.

6. The Defendant does not have the funds to pay for the necessary cost of his appeal to the Tenth Circuit Court of Appeals.

7. The Defendant does not have the funds to retain private counsel for his appeal.

Wherefore, the Defendant pays that this Honorable Court enter an order allowing him to proceed *in forma pauperis*.

Respectfully submitted this 7th day of August, 2017.

**FOSTER GRAHAM MILSTEIN & CALISHER LLP**

By:  *s/Gary Lozow*
Gary Lozow
360 S. Garfield, 6th Floor
Denver, CO 80209
Telephone: (303) 333-9810
glozow@fostergraham.com

**ATTORNEYS FOR DEFENDANT DON ILEY**

# CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of August 2017, I electronically filed the foregoing to the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> J. Chris Larson
> Assistant United States District Attorney
> j.chris.larson@usdoj.gov

> Tonya Shotwell Andrews
> Assistant United States District Attorney
> Tonya.andrews@usdoj.gov

                                           *s/Hannah Richards*
                                           Hannah Richards