IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Criminal Case No. 16-cr-00284-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DONALD ILEY,

    Defendant.

---

**ORDER DENYING MOTION TO PROCEED IN FORMA PAUPERIS ON APPEAL**

---

The matter before the Court is the Motion to Proceed In Forma Pauperis [on Appeal] (ECF No. 67) in a Criminal Case filed, through counsel, by Defendant, Donald Iley. The court has examined the file and determined that the motion will be denied without prejudice. Pursuant to 28 U.S.C. § 1915(a)(1), the Court finds that Mr. Iley has failed to provide an affidavit that includes a statement of all assets. In addition, pursuant to 28 U.S.C. § 1915(a)(3), the Court certifies that this appeal is not taken in good faith because Mr. Iley has not shown the existence of a reasoned, nonfrivolous argument on the law and facts in support of the appeal. Accordingly, it is

**ORDERED** that the Motion to Proceed In Forma Pauperis (ECF No. 67) is DENIED without prejudice. It is further

**ORDERED** that Mr. Iley may file a motion seeking leave to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit.

DATED August 11, 2017.

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge