FILED
United States Court of Appeals
Tenth Circuit

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

August 18, 2017

Elisabeth A. Shumaker
Clerk of Court

———————————————

UNITED STATES OF AMERICA,

 Plaintiff - Appellee,

v.

DONALD ILEY,

 Defendant - Appellant.

No. 17-1269
(D.C. No. 1:16-CR-00284-CMA-1)
(D. Colo.)

———————————————

## ORDER

———————————————

This matter is before the court on Appellant's *Motion for Extension of Time to File Transcript Order Form*. The motion is granted. Appellant's transcript order form shall be filed on or before Monday, September 18, 2017.

In the meantime, Appellant shall renew **in the district court** his motion to proceed *in forma pauperis* on appeal. Because Appellant's retained counsel has already paid the $505 filing and docketing fee, his renewed motion shall be filed for the sole purpose of **determining Appellant's financial eligibility for appointment of counsel** under the Criminal Justice Act in light of his retained counsel's intention to seek leave to withdraw from further representation of the Appellant.

Only the district court is vested with the authority to make the factual findings necessary to determine whether the appellant is eligible for appointed counsel for this appeal. 18 U.S.C. § 3006A; *see United States v. Parker*, 439 F.3d 81, 92-93 (2d Cir.

2006) (describing what constitutes appropriate inquiry for district court's determination of financial eligibility for appointment of counsel); *see also United States v. Fincher*, 538 F.3d 868, 876-77 (8th Cir. 2008) (citing *Parker* and discussing district court's duty to investigate information in defendant's affidavit for seeking eligibility for appointed counsel). Appellant's renewed motion shall (1) cite to appropriate legal authority showing why the district court should reconsider its earlier denial of this relief, and (2) fully comply with the district court's requirements for such motions in criminal cases.

If and when the district court determines that the appellant is eligible for appointed counsel, Appellant's retained counsel may seek this court's permission to withdraw in compliance with 10th Cir. R. 46.4. If retained counsel is permitted to withdraw, this court will appoint counsel from its Criminal Justice Act Appellate Panel to represent Appellant on appeal.

Appellant's retained counsel shall keep this court informed of the status of any additional motions filed in the district court by filing a status report and/or any an additional motion for extension of time as may be necessary.

Entered for the Court,

ELISABETH A. SHUMAKER, Clerk

by: Chris Wolpert
    Chief Deputy Clerk