IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. __16-cr-00284-CMA__
Civil Action No. _____

UNITED STATES OF AMERICA,

    Plaintiff,

v.

_____Donald Iley_____,

    Defendant.

---

**PRISONER'S MOTION AND AFFIDAVIT FOR LEAVE TO PROCEED ON APPEAL PURSUANT TO 28 U.S.C. § 1915 AND FED. R. APP. P. 24 IN A CRIMINAL CASE**

---

I request leave to commence this appeal without prepayment of fees or security therefor pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24. I also request that the United States pay for a transcript of the record of proceedings, if any, for inclusion in the record on appeal. In support of my requests, I declare that:

(1) I am unable to pay such fees or give security therefor.
(2) The issues I desire to raise on appeal are: _The current length of my sentence. I believe the judgement for and any above guidelines even above the sentence requested by Fed authorities and the P.O. office_
(3) I am entitled to redress.
(4) I take this appeal in good faith.
(5) The appeal is not frivolous and presents a substantial question.
(6) I have $ __40__ in my prison account.

Rev. 1/12

**EXHIBIT B**

(7)   My other assets and their value are listed below:
(Assets may include income from employment, rent payments, interest or dividends, pensions, annuities, life insurance payments, Social Security, Veteran's Administration benefits, disability pensions, Worker's Compensation, unemployment benefits, gifts or inheritances, cash, funds in bank accounts, real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing), or any other source of income.)

You may attach an additional page, if necessary.

*I have no other assets of any value at this time.*

I declare under penalty of perjury that the foregoing is true and correct.

Executed at __Englewood FCI__ on __8/16/17__.
         (location)              (date)

_____
Prisoner's Original Signature

Rev. 1/12

2