IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Criminal Action No. 16-cr-00284-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DONALD ILEY,

    Defendant.

---

**ORDER FINDING DEFENDANT UNABLE TO OBTAIN COUNSEL
PURSUANT TO 18 U.S.C. § 3006A**

---

    This matter is before the Court on Defendant's Renewed Motion to Proceed *in Forma Pauperis* with supporting Financial Affidavit, CJA Form 23 (Doc. #70).  After careful review and consideration of the above-referenced motion and supporting financial affidavit, the Court finds that Defendant Iley is financially unable to obtain counsel.

    DATED: September 13, 2017

                                          BY THE COURT:

                                          _____
                                          CHRISTINE M. ARGUELLO
                                          United States District Judge