**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**September 15, 2017**

**Elisabeth A. Shumaker**
**Clerk of Court**

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

_____

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff - Appellee, | |
| v. | No. 17-1269 |
| | (D.C. No. 1:16-CR-00284-CMA-1) |
| DONALD ILEY, | (D. Colo.) |
| Defendant - Appellant. | |

_____

### ORDER
_____

Before **MATHESON** and **BACHARACH**, Circuit Judges.
_____

This matter is before the court on the Motion to Withdraw as Appellant's Counsel on Appeal, filed by the appellant's retained counsel of record, Gary Lozow. The motion seeks relief from any further representation of the appellant in this appeal. The minimum required preliminary documents have been filed. 10th Cir. R. 46.3(A). Upon consideration, the appellant's motion to withdraw is granted, as provided below.

The district court has found the appellant "financially unable to obtain counsel." (Dist. Ct. Docket No. 71.) Accordingly, this court finds that pursuant to 18 U.S.C. § 3006A, the appellant is eligible for, and the interests of justice require, the appointment of counsel to assist with this appeal. The court appoints the Federal Public Defender for the Districts of Colorado and Wyoming (the "FPD") as counsel for the appellant.

We also direct as follows:

1. Within 14 days of the date of this order, the appellant's former counsel shall transmit copies of all documents in his possession pertinent to this appeal to the FPD (address: Federal Public Defender for the Districts of Colorado & Wyoming, 633 17th Street, Suite 1000, Denver CO 80202; telephone: 303-294-7002).

2. Also within 14 days of the date of this order, the FPD shall file and serve an entry of appearance. *See* 10th Cir. R. 46.1.

3. Because this appeal will no longer be handled by retained counsel, the appeal will be decided on a record on appeal rather than an appendix. *See id.* 30.1. To assist the district court with preparation of a record on appeal, newly appointed counsel must accomplish two additional preliminary matters within 21 days of the date of this order. The FPD must file in the district court a designation of record, *id.* 10.2, and a transcript order form (or notice that no transcript is necessary), Fed. R. App. P. 10 *and id.* 10.1, providing service copies to this court.

4. Briefing on the merits will begin in due course after the district court forwards the record on appeal to this court. *See* Fed. R. App. P. 11(b); 10th Cir. R. 11.2(A).

    Entered for the Court
    ELISABETH A. SHUMAKER, Clerk

    *Lara Smith*
    by: Lara Smith
        Counsel to the Clerk