
UNITED STATES POSTAL SERVICE
16 cr 284 CMA
First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10


• Sender: Please print your name, address, and ZIP+4® in this box•
United States District Court
901 - 19th Street, Room A105
Denver, CO 80294-3589
FILED
UNITED STATES DISTRICT COURT
DENVER COLORADO
APR 12 2018
JEFFREY P. COLWELL
CLERK
80294

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

U.S. Department of State
CA/PPT/L/LA
44132 Mercure Circle
P.O. Box 1227
Sterling, VA 20166-1227

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature

X [signature] ☐ Agent ☐ Addressee

B. Received by *(Printed Name)*

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail® ☐ Priority Mail Express™
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ Collect on Delivery

4. Restricted Delivery? *(Extra Fee)* ☐ Yes

2. Article Number *(Transfer from service label)*: 7014 3490 0001 5489 4045

PS Form 3811, July 2013 Domestic Return Receipt