FILED
United States Court of Appeals
Tenth Circuit

February 4, 2019

Elisabeth A. Shumaker
Clerk of Court

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

_____

UNITED STATES OF AMERICA,

   Plaintiff - Appellee,

v.

DONALD ILEY,

   Defendant - Appellant.

No. 17-1269
(D.C. No. 1:16-CR-00284-CMA-1)
(D. Colo.)

_____

**JUDGMENT**

_____

Before **LUCERO**, **HARTZ**, and **HOLMES**, Circuit Judges.

_____

   This case originated in the District of Colorado and was argued by counsel.

   The judgment of that court is affirmed.

   If defendant, Donald Iley, was released pending appeal, the court orders that, within 30 days of this court's mandate being filed in District Court, the defendant shall surrender to the United States Marshal for the District of Colorado. The District Court may, however, in its discretion, permit the defendant to surrender directly to a designated Bureau of Prisons institution for service of sentence.

                                        Entered for the Court

                                        *Elisabeth A. Shumaker*

                                        ELISABETH A. SHUMAKER, Clerk