# UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO

| | | |
|---|---|---|
| United States of America, | ) | Docket No.: 16-CR-00284-CMA-1 |
| Plaintiff | ) | |
| | ) | Motion by Defendant Requesting |
| v. | ) | that this Court Appoint an |
| | ) | Attorney to Represent Defendant |
| Donald Iley, | ) | Pursuant a Reduction in |
| Defendant | ) | Sentence under 18 U.S.C. |
| | ) | §3532(c)(2) |

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO
MAY -6 2024
JEFFREY P. COLWELL
CLERK

## MOTION

Defendant, Donald Iley, motions this Court to appoint an attorney to represent him pursuant a reduction in sentence under 18 U.S.C. §3532(c)(2) based upon Amendment 821 (Part B, Subpart 1) to the United States Sentencing Guidelines because Defendant received zero criminal history points and satisfies all other required criteria specified in U.S.S.G §4C1.1 for the retroactive application of the Amendment.

## CERTIFICATION

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Motion was placed in the prison mailing system here at FPC Yankton on May 1, 2024 (month, date, year).

Executed (signed) on 5/1/24 (date).

Signature of Movant -
Donald Iley
Reg#: 43774-013
Federal Prison Camp
PO Box 700
Yankton, SD 57078

NAME: Donald Iley
REG#: 43774-013
FEDERAL PRISON CAMP
P.O. BOX 700
YANKTON, SD 57078

SIOUX FALLS SD 570
1 MAY 2024 PM 1 L

80294-250151

United States District Court Clerk
Alfred A Arraj United States Courthouse
901 19th Street, 2nd Floor
Denver, CO 80294

