**UNITED STATES DISTRICT COURT**

DISTRICT OF COLORADO
UNITED STATES COURTHOUSE
901 19th STREET
DENVER, COLORADO  80294
(303) 335-2174
Christine_M_Arguello@cod.uscourts.gov

**CHRISTINE M. ARGUELLO**
SENIOR JUDGE

# M E M O R A N D U M

**TO:** Jeffrey P. Colwell, Clerk
Attn: Docketing Team

**FROM:** Judge Christine M. Arguello

**DATE:** May 8, 2024

**RE:** 16-cr-00284-CMA – USA v. Donald Iley

Exercising my prerogative as a Senior Judge, I request that this criminal action be reassigned.