

U.S. Department of Justice
Federal Bureau of Prisons

*Federal Prison Camp*

---

*FPC Yankton*                                                      Yankton, SD 57078

December 26, 2024

The Honorable Christine M. Arguello
Senior United States District Judge
District of Colorado
Alfred A. Arraj United States Courthouse
901 19th St.
Denver, CO 80294

```
             FILED
   UNITED STATES DISTRICT COURT
         DENVER, COLORADO

           JAN 13 2025

       JEFFREY P. COLWELL
                CLERK
```

**RE:  Iley, Donald**
**Reg. No. 43774-013**
**Docket No. #16-CR-00284-CMA-1**

Dear Judge Arguello:

This is written to inform you of the death of inmate Donald Iley, an inmate who was housed at the Federal Prison Camp, Yankton, South Dakota. He was pronounced deceased at approximately 3:45 a.m., on December 25, 2024, at Avera McKennan Hospital Intensive Care Unit, Sioux Falls, SD. The cause of death was aggressive urothelial cell carcinoma with known hepatic metastases.

Mr. Iley was originally sentenced on July 25, 2017, to 151 months with three years of supervision for Wire Fraud and Aiding in the Preparation of False Tax Returns.

We are bringing this matter to your attention in accordance with the Bureau of Prisons' policy regarding the death of prisoners. If we can provide you with any additional information, please contact us at (605) 665-3232.

Sincerely,

E. Penrose, Acting Warden

U.S. OFFICIAL MAIL
SIOUX FALLS SD 570
7 JAN 2025 PM 2 L
ZIP 57078
02 7H
0005951495
$000.69°
JAN 06 2025

U.S. Department of Justice
Federal Bureau of Prisons
Federal Prison Camp
P.O. Box 680
Yankton, SD 57078

Official Business

The Honorable Christine Arguello
Senior US District Judge
Alfred A. Arraj US Courthouse
901 19th St.
Denver, CO  80294

80294-250099